IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| U.S. BANK EQUIPMENT FINANCE, a division of U.S. Bank National Association, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>MOXIE AUTO SALES, LLC, a Nebraska limited liability company; and TIMOTHY BUNN, an individual,<br><br>Defendants. | 8:22CV352<br><br>ORDER STAYING CASE AS TO INDIVIDUAL DEFENDANT TIMOTHY BUNN AND REQUIRING STATUS REPORTS |

This case is before the Court on individual defendant Timothy Bunn's Suggestion of Bankruptcy. Filing 9. Pursuant to the Suggestion in Bankruptcy, further proceeds against defendant Bunn are stayed under 11 U.S.C. § 362. Plaintiff and defendant Bunn are directed to file joint or separate status reports one-hundred-twenty (120) days from the date of this Order and every one-hundred-twenty (120) days thereafter. This case shall proceed as between remaining parties.

IT IS SO ORDERED.

Dated this 18th day of November, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge